# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE STILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:11-at-00203<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 3, 5, 7) |

Plaintiff Tracie Still filed her complaint on April 11, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 3.) Plaintiff amended her application to proceed *in forma pauperis* on April 13, 2011 (Doc. 5), and April 20, 2011 (Doc. 7). Plaintiff's amended application demonstrates that she is entitled to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:　April 21, 2011**　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE