IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACIE STILL, ) | 1:11cv0637 LJO DLB |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATION FOR AWARD OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (Document 24) |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) | |
| Defendant. ) | |

On July 6, 2012, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that Plaintiff be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND, FIVE HUNDRED dollars ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any

1

and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

Following the issuance of an order by the Court, the United States Department of the Treasury will determine whether Plaintiff owes a government debt and take appropriate action according to its own statutes and regulations, as permitted by <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees and make the check payable to Sengthiene Bosavanh, counsel for Plaintiff.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **July 9, 2012**            /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE

2